**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6462**

ARNOLD DE ARMOND,

Plaintiff - Appellant,

v.

PATRICK J. GURNEY, Asst. Warden; ANTON W. DANIEL, housing unit
manager and Institutional Classification Authority (ICA)
hearing officer; T. S. BYRD, unit manager buildings three and
four and also editor of a prison newsletter; LT. A. L. WHITE,
supervisor of building six; SGT. K. W. FORREST, institutional
investigator; SGT. W. LUCAS, attached to building three under
unit manager byrd; SGT. W. L. LEWIS, assistant hearings
officer; S. W. ALLEN, institutional hearings office,

Defendants – Appellees,

and

S. DARBY, unit manager for buildings one and two; LT. H.
MANNING, supervisor, personal property department; L. BAKER,
corporal corrections officer working personal property,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, Chief
District Judge. (2:15-cv-00203-RBS-LRL)

Submitted: November 17, 2016      Decided: November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Arnold Lynn De Armond, Appellant Pro Se. Jessica Leigh Berdichevsky, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold De Armond appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. De Armond v. Gurney, No. 2:15-cv-00203-RBS-LRL (E.D. Va. Sept. 21, 2015 & Feb. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED